| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | **Notice of Re-Setting** |
|---|---|
| versus | Criminal  H-04-523-3 |
| OMAR QUIROZ-QUIROZ | |

**You are directed to appear before**

**Judge Lee H. Rosenthal**
Courtroom 11-B, Eleventh Floor
United States Courthouse
515 Rusk Avenue
Houston, Texas  77002

on  **September 3,  2013, at   10:30 a.m.**

**Purpose of Proceeding**

☐ RE-ARRAIGNMENT
☐ Pretrial Conference                                    ■ Sentencing
☐ Jury Selection and Trial, ETT:_____     ☐ Probation Revocation Hearing
☐ Hearing on Defts. Letter Motion                 ☐ Suppression Hearing
☐ Hearing on pending motions
☐ Pretrial Conference is also    set    _____    at    .m.

Copies:      AUSA    Rick Hanes
             Defense Counsel  Edward Mallett
             U.S. Probation Office
             Case Manager   Lisa Eddins
             Interpreter       Yes
             Surety (must produce the defendant or forfeit bond)

David Bradley,  Clerk of the Court

*Lisa Eddins*                                                                 8/22/13

By: _____                       _____
         Deputy Clerk                                                                    Date